# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Peter K. Stern, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:23-cv-00185-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 18, 2023 Order.

September 18, 2023

*[signature]*

Katherine Hord Simon, Clerk
United States District Court